# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN MANUEL ACEVEDO,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 71324

**FILED**

OCT 20 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:  Hon. Michael Montero, District Judge
Juan Manuel Acevedo
Attorney General/Carson City
Humboldt County District Attorney
Humboldt County Clerk

16-32874